# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| KENNETH NELSON AND SHIRLEY BUTLER-NELSON,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK NATIONAL TRUST ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST, AND SN SERVICING CORPORATION,<br><br>Defendants. | Civil Action No. <u>4:22-cv-01999</u> |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, Counsel of record for Defendants, US Bank National Trust Association, As Trustee of The SCIG Series III Trust, and SN Servicing Corporation certifies that the following is a full and complete list of the parties in this action:

US Bank National Trust Association, As Trustee of The SCIG Series III Trust, Loan Investor
SN Servicing Corporation, Servicer of the loan

The undersigned further certifies that the following is a full and complete list of other persons, associations of persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case:

US Bank National Trust Association, As Trustee of The SCIG Series III Trust, Loan Investor
SN Servicing Corporation, Servicer of the loan,
Kenneth Nelson and Shirley Butler-Nelson, Plaintiffs

Dated: July 6, 2022

Respectfully submitted,

**G**HIDOTTI | **B**ERGER **LLP**

<u>/s/ *Chase A. Berger*</u>
Chase A. Berger, Esq.
State Bar No. 24115617
9720 Coit Road, Ste. 220-228
Plano, Texas 75025
Tel: (305) 501-2808
Fax: (954) 780-5578
Email: cberger@ghidottiberger.com
**ATTORNEY FOR DEFENDANTS**