

323 5th Street, Eureka, CA 95501
P: 800-603-0836, F: 707-443-1562
Para Español, Ext. 2660 or 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

*YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT.  ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

**Para información en español llame al (800) 603-0836 ext 2660 / 2643**

10/11/2022

KENNETH NELSON
C/O ACADEMY HOME SERVICE
8889 W OLYMPIC BLVD STE 200
BEVERLY HILLS, CA 90211 US

SN Loan#:  0000280591
Property Address:  5021 PAULA STREET, HOUSTON TX 77033

## Cancellation Notification

Dear KENNETH NELSON

SN Servicing Corporation is the servicing agent for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust who is the current holder of the above Note and SN Servicing is servicing this debt on its behalf.

PLEASE BE ADVISED: SN Servicing Corporation has cancelled our review of your account for mortgage assistance or loss mitigation options due to the following reason(s):

☒ **Incomplete:** We did not receive all documents required for SN Servicing to complete our review process. You were sent a prior notification specifying the required documents along with a reasonable timeframe for you to submit, and you have not met these requirements as outlined.

If your loan is delinquent, collection activity may continue, including referral to foreclosure or foreclosure sale, unless prohibited by applicable law.

If you have any questions about this notification, please contact us during our normal business hours. Your asset manager is Dani Coe and is available toll free by calling 800-603-0836 Monday through Friday from 8:00 am to 5:00 pm PST.

Revised 05-24-2022

You may also contact the following agencies to explore other assistance resources that may be available to you:

- For help exploring your options, the Federal Government provides contact information for housing counselors, which you can access by contacting Consumer Financial Protection Bureau toll-free nationwide number (855) 411-2372 or online at www.consumerfinance.gov/mortgagehelp

- Comprehensive foreclosure avoidance assistance is available 24 hours a day at HOPE NOW toll-free nationwide number (888) 995-HOPE (4673)

- For your information, HUD-approved housing counseling agencies cannot charge you to help you explore your options.  You may arrange an appointment with a HUD-approved housing counselor by calling the HUD toll-free nationwide number (800) 569-4287 or TDD (800) 877-8339 or online at www.hud.gov

- If you are a Service member or dependent, or both, you may request relief under the Servicemembers Civil Relief Act (SCRA).  For more information, contact Military OneSource toll-free number nationwide number (800) 342-9647.

Respectfully,

Dani Coe
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
(800) 603-0836

SN Servicing Corporation is a Licensed Mortgage Servicer with the North Carolina Commissioner of Banks (NCCOB), license number S-146081. SN Servicing Corporation is a Licensed Collection Agency with the North Carolina Department of Insurance, company numbers 119505253 (3300 Battleground Avenue, Suite 325, Greensboro, NC 27410), 119500756 (323 Fifth Street, Eureka, CA 95501), and 119500768 (13702 Coursey Boulevard, Building 1A, Baton Rouge, LA 70817).

For Colorado residents - SN Servicing Corporation may also be contacted at the following address or phone number during normal business hours: Colorado Manager, Inc, 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763 office or 303-920-4767 fax.

Revised 05-24-2022