IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH NELSON, SHIRLEY BUTLER-NELSON<br>　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST, AND SN SERVICING CORPORATION,<br>　　　　　　Defendants. | Civil Action No. 4:22-CV-01999 |

## MOTION TO ENTER AGREED JUDGMENT

Defendants, U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust ("US Bank" or "Defendant") and SN Servicing Corporation ("Collectively the "Defendant" or "Defendants"), and Plaintiffs Kenneth Nelson and Shirley Butler Nelson, respectfully, announced to the Court at the October 20,2023 Pretrial Conference that the Parties had reached settlement and needed additional time to execute the effectuating documents.  Pursuant to the agreement reached by the Parties, an Agreed Judgment has been executed. Consequently, the Parties respectfully request the Court withdraw the Conditional Order of Dismissal entered on October 23, 2023, and enter the Agreed Judgment executed by the Parties.

Respectfully submitted,

**GHIDOTTI | BERGER LLP**
*/s/ George C. Scherer*
George C. Scherer, Esq.
State Bar No. 00784916
16801 Addison Road Suite 350
Addison, Texas 75001
Tel: (949) 427-2010 ext. 1019
Fax: (954) 780-5578
Email: cberger@ghidottiberger.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on November 6, 2023, this document was served upon Plaintiff and all other interested parties by the Court's ECF system, first class mail, and/or e-mail.

Brandy M. Alexander
Alexander Law, PLLC
2502 La Branch Street
Houston, Texas 77004
(832) 360-2318 Telephone
(346) 998-0886 Facsimile
Email: brandyalexander@alexanderpllc.com
ATTORNEY FOR PLAINTIFF

By: /s/ George C. Scherer
George c. Scherer