UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH NELSON AND SHIRLEY BUTLER-NELSON, | § § § § | |
| Plaintiffs, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4:22-cv-01999 |
| U.S. BANK NATIONAL TRUST ASSOCIATION AS TRUSTEE OF THE SCIG SERIES III TRUST AND SN SERVICING CORP., | § § § § § § | |
| Defendants. | § | |

**AGREED JUDGMENT**

On this day came on to be heard the above styled and numbered cause. The Parties announced that settlement has been reached on all matters presented to the Court for consideration. The Parties have entered into a Settlement Agreement and the terms of the Settlement Agreement are incorporated into this Agreed Judgment by reference as though fully set forth herein.

The Parties hereby announce and agree that judgment should be entered for the Defendant. The Court has considered the pleadings and the official records on file in this case and is of the opinion that judgment should be entered in favor of Defendant as agreed.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs KENNETH NELSON AND SHIRLEY NELSON-BUTLER take nothing on their claims against Defendants U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE SCIG SERIES II TRUST AND

SN SERVICING CORP. and all requested relief against Defendants U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE SCIG SERIES II TRUST AND SN SERVICING CORP. is hereby denied in its entirety.

**IT IS FURTHER ORDERED** that all other costs of court are taxed against the party incurring same.

All relief not expressly granted is denied.

This judgment disposes of all claims between Plaintiffs KENNETH NELSON AND SHIRLEY NELSON-BUTLER and Defendants U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE SCIG SERIES II TRUST AND SN SERVICING CORP. This judgment finally disposes of all parties and all claims and is appealable.

**IT IS SO ORDERED**.

**SIGNED** on this _____ day of _____, 2023.

_____
George C. Hanks, Jr.
United States District Judge

**APPROVED AND AGREED AS TO FORM:**

/s/ Brandy M. Alexander
Brandy M. Alexander
State Bar No.
2502 La Branch St
Houston, TX 77004
Tel.: (832) 360-0886
Email: brandyalexander@alexanderpllc.com
**ATTORNEY FOR PLAINTIFF**


**GHIDOTTI | BERGER LLP**

/s/ George C. Scherer
George C. Scherer, Esq.
State Bar No.: 00784916
16801 Addison Road Suite 350
Addison, Texas 75001
Tel: (949) 427-2010 ext. 1020
Fax: (954) 780-5578
Email: gscherer@ghidottiberger.com
**ATTORNEY FOR DEFENDANTS**